UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**PAMELA ANA CUMMINGS,**

**PLAINTIFF**

v.  CIVIL ACTION NO. 5:23-CV-00150-CRS-LLK *(E-FILED)*

**MARTIN O'MALLEY, COMMISSIONER
SOCIAL SECURITY ADMINISTRATION**

**DEFENDANT**

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, the Court hereby ENTERS JUDGMENT in favor of the Plaintiff, REVERSES the Commissioner's decision, and REMANDS this matter to the Agency for further proceedings, as authorized by sentence four of 42 U.S.C. § 405(g).

May 7, 2024

Charles R. Simpson III, Senior Judge
United States District Court

cc: Counsel of Record

TENDERED BY:

Lisa G. Smoller
Special Assistant U. S. Attorney
Office of Program Litigation, Office 4
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Phone: 617-565-4279
Email: lisa.g.smoller@ssa.gov